UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24239-DLG

BARBARA ALVAREZ FUENTES,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    Defendant.
_____/

## REPLY TO DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO VERIFIED COMPLAINT

Plaintiff, BARBARA ALVAREZ FUENTES, by and through undersigned counsel, files this Reply to the Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC, **[DE 6]** Answer and Affirmatives Defenses to Plaintiff's Verified Complaint as follows:

1. Plaintiff denies each and every allegation contained within Defendant's Answer and demands strict proof thereof.

2. Plaintiff denies Affirmative Defenses 1 through 3.

3. Defendant failed to apply to the bill/debt collection letter at issue, any procedures in place to verify the validity or legitimacy of the bill/debt collection letter.

                              Respectfully submitted,

                              */s/ Jose M. Francisco, Esq.*
                              JOSE M. FRANCISCO, ESQ.
                              Florida Bar No. 0892874
                              JOSE M. FRANCISCO, P.A.
                              *Attorney for Plaintiff*
                              8660 W. Flagler Street, Suite 100
                              Miami, FL 33144
                              Tel: (305) 649-2213 Ext. 1015
                              Email: josefrancisco@jmflawyers.com
                                                    litigationsec1@jmflawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13th, 2020 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

*/s/ Jose M. Francisco, Esq.*
JOSE M. FRANCISCO, ESQ.

# SERVICE LIST
## CASE NO.: 1:20-cv-24239-DLG

**Ernest H. Kohlmyer, III, Esq.**
**Leia V. Leitner, Esq.**
*Counsel for Defendant, HRRG*
2300 Maitland Center Parkway
Suite 100
Maitland, FL 33751
Tel: (407) 622-1772
Fax: (407) 622-1884
Emails: SKohlmyer@Sherpardfirm.com
lleitner@shepardfirm.com