UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  1:20-cv-24239-DLG

BARBARA ALVEREZ FUENTES,

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

## JOINT SCHEDULING REPORT

A telephonic meeting was held at **11:00 a.m. on November 23, 2020**, and was attended by:

| | |
|---|---|
| **Jose M. Francisco, Esquire** | **Counsel for Plaintiff** |
| **Ernest H. Kohlmyer, III, Esquire** | **Counsel for Defendant, Healthcare Revenue Recovery Group, LLC.** |

Counsel for the parties have communicated regarding the scheduling issues contained herein and agree to its contents.

**I.**    **Recommended Case Management Track:** The Parties recommend this case be assigned to the Standard Track based on the number of parties and complexity of the action.

**II.**    **Case Management Plan:**

    **A.**    **The likelihood of settlement:**  The likelihood of settlement is unknown at this time.

1

B. **The likelihood of appearance in the action of additional parties:** At this time the likelihood of appearance in the action of additional parties is unlikely.

C. **Proposed limits on time:**

   (i) The parties propose that the time to join other parties and to amend pleadings occur by or before **January 13, 2021.**
   (ii) The parties propose that all summary judgment, and other dispositive motions shall be filed by **August 8, 2021**; and
   (iii) The parties propose that discovery shall be completed by **June 23, 2021.**

D. **Proposals for the formulation and simplification of issues:**

The parties agree to cooperate in working to simplify the issues, including the elimination of frivolous claims or defenses, if any, and further agree that any motion for summary judgment or partial summary judgment shall be filed on or before **August 8, 2021.**

E. **The necessity or desirability of amendments to the pleadings:**

At this time, the parties do not anticipate any further amendments to the pleadings.

F. **The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence:**

The Parties anticipate a reasonable possibility of obtaining admissions of facts and of documents.

G. **Suggestions for the avoidance of unnecessary proof and of cumulative evidence:**

The Parties agree to utilize discovery in order to avoid unnecessary proof and cumulative evidence.

H. **Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

        At this time, the Parties do not agree to the referral of potentially dispositive matters to a Magistrate Judge or master.

**I.    A preliminary estimate of the time required for trial:**

Jury Trial is expected to take approximately **2-3** days.

**J.    Requested date or dates for conferences before trial, a final pretrial conference, and trial:**

The Parties request trial beginning **November 2021** with a final pretrial conference to be held the week of **October 19, 2021**.

**K.    Any other information that might be helpful to the Court in setting the case for status or pretrial conference:**

The Parties have no other information that might be helpful to the Court at this time.

**III.    This case was not previously filed and is not substantially related to any other case previously or currently pending before another court.**

## **DISCOVERY PLAN PURSUANT TO RULE 26(f)**

I. **What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made;**

The parties do not believe any changes should be made to the timing, form, or requirement for disclosures under Rule 26(a). Initial disclosures will be made by **January 15, 2020**.

II. **The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues;**

The parties do not believe that discovery should be conducted in phases or be limited to particular issues. Discovery should be completed by **June 23, 2021.**

III. **Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:**

The parties anticipate issues about disclosure or discovery of electronically stored information. Electronically stored information shall be produced in .pdf format by electronic file transfer or on a CD or DVD, where possible, unless otherwise requested or agreed to be produced on a different medium or format. Excel spreadsheets and other data, if responsive and relevant, will be produced in native format or in a machine readable format, such as .csv. If other types of documents do not render to a readable format in .pdf, the Parties will meet and confer to agree upon a reasonably useable format.

IV. **Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order;**

The parties agree that certain materials will be subject to privilege and agree to confer in an attempt to resolve issues of privilege by stipulation or confidentiality agreement before involving the Court.

V. **What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed;**

The parties do not believe that any changes need be made to the limitations on discovery imposed under these rules or by local rules.

**VI.** **Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

The parties do not believe that any special orders are warranted at this time.

Dated this **11th** day of **December 2020.**

| | |
|---|---|
| */s/ Jose M. Francisco*_____ | */s/ Ernest H. Kohlmyer, III* |
| Jose M. Francisco, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 0892874 | Florida Bar No. 110108 |
| josefrancisco@jmflawyers.com | Skohlmyer@shepardfirm.com |
| litigationsec1@jmflawyers.com | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Jose M. Francisco, P.A. | 2300 Maitland Center Parkway, Suite 100 |
| 8660 Flagler Street, Suite 100 | Maitland, Florida 32751 |
| Miami, FL 33144 | Telephone (407) 622-1772 |
| Telephone: (305) 649-2213; Ext.1007 | Facsimile (407) 622-1884 |
| *Attorney for Plaintiff* | *Attorneys for Defendant , Healthcare Revenue Recovery Group, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **December 11, 2020**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Jose M. Francisco, Esquire at josefrancisco@jmflawyers.com and litigationsec1@jmflawyers.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No. 110108
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant Healthcare Revenue Recovery Group, LLC*