UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

**CIVIL COURTROOM MINUTES**

Case No.  20-CV-24239                                                      Date:    12/16/2020

Style:    Barbara Alverez Fuentes v. Healthcare   Revenue Recovery Group LLC

Counsel for Plaintiff:            Francisco
Counsel for Defendant:        Kolmeyer
Law Clerk:                Anika Royster Hardmon

Reporter: Glenda Powers        Courtroom Deputy:   Alex Rodriguez            Time:

**Status Conference**/Pretrial Conference/Calendar Call/Hearing:

 Set trial dates as noted below. Refer case to Magistrate Judge for early settlement conf.

MISCELLANEOUS NOTES:

Motion:                                                                                 Granted:

                                                                                        Denied:

Trial Set/Reset for:      7/19/21                    Bench/Jury Trial # of days _2-3__
Pretrial Conference:      7/14/21
Calendar Call:            6/16/21

Issues Referred to Mag _McAliley_____:
Trial/**Costs/Fees/Sanctions**/Dismiss/Summary/Judgment/**Discovery**/Other:

Mediation: Yes:__X___        No: