**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 20-24239-CIV-GRAHAM/McALILEY

BARBARA ALVEREZ FUENTES,

    Plaintiff,

vs.

HEALTHCARE REVENUE RECOVERY GROUP, LLC,

    Defendant.
_____/

**ORDER OF REFERENCE**
**FOR SETTLEMENT CONFERENCE**

    **THIS CAUSE** came before the Court sua sponte.

    **PURSUANT** to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is hereby referred to **United States Magistrate Judge Chris M. McAliley** for a Settlement Conference. The Settlement Conference shall take place within forty-five (45) days of the date of this Order and shall be attended by all counsel of record and representatives of each party. Said representatives shall have full authorization to negotiate, submit, and accept offers of settlement. Additionally, the conference shall be conducted without a court reporter so that no record of the proceedings will be maintained.  It is further

**ORDERED AND ADJUDGED** that within two (2) weeks of the date of this Order, the parties shall exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a) in order to assist the Court in the Settlement Conference.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of December, 2020.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge McAliley
     Counsel of Record