**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 20-24239-CIV-GRAHAM/MCALILEY

BARBARA ALVAREZ FUENTES,

    Plaintiff,

vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    Defendant.
                                         /

**SCHEDULING ORDER**
**SETTING PRETRIAL CONFERENCE AND TRIAL DATES**

This cause came before the Court <u>sua sponte</u>. It is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The trial of this cause is set and placed on the two-week trial calendar beginning **July 19, 2021.**\*\*

2.  The pretrial conference will be held **telephonically** at **2:00 p.m.** on **June 16, 2021.**[1]

3.  The call of the calendar will be held **telephonically** at **2:00 p.m.** on **July 14, 2021.**[1]

4.  The pretrial conference and calendar call will be held telephonically. No counsel shall appear in person. Instead, all

---

[1] **WHEN JOINING THE CONFERENCE AND CALENDAR CALL, COUNSEL SHOULD BE AWARE THAT OTHER ATTORNEYS/CASES WILL BE ATTENDING AT THE SAME TIME. PLEASE WAIT ON THE CONFERENCE UNTIL JUDGE GRAHAM'S CHAMBERS' STAFF JOINS IN AT WHICH TIME A SHORT ROLE CALL WILL BE TAKEN. THEREAFTER, COUNSEL WILL BE TRANSFERRED DIRECTLY TO JUDGE GRAHAM. PLEASE REMEMBER TO SPEAK CLEARLY AND ANNOUNCE YOUR NAME SO THE COURT REPORTER MAY ACCURATELY REFLECT THE CORRECT PARTY SPEAKING ON THE RECORD.**

counsel shall appear via telephone.  The parties shall contact the Court as follows:

**At 2:00 P.M. on the dates referenced above for the pretrial conference and calendar call, counsel shall call the following toll-free number**

    a.   **1-888-684-8852,**

    b.   **Enter Access Code Number 3772101 followed by the # sign, and**

    c.   **Enter Security Code Number 1316 followed by the # sign. (the Access Code and Security Code Numbers will remain the same for <u>both</u> the pretrial conference and calendar call).**

5.   The trial will be held at the **Wilkie D. Ferguson, Jr. United States District Courthouse, 400 North Miami Avenue, Courtroom 13-4, Miami, Florida 33128.**

**\*\*Prior to your courthouse visit, please** [click here](#) **to view our COVID-19 Rules and Procedures.**

6.   Counsel must meet prior to the pretrial conference to confer on the preparation of a **Joint** Pretrial Stipulation. With respect to Pretrial Stipulation submissions regarding expert witnesses, the parties are referred to FRCP 26(a)(2). **Failure to file a Joint Pretrial Stipulation on or before the date set forth below shall be grounds for dismissal.**

7.   The Joint Pretrial Stipulation must be filed on or before the date set forth below and shall conform to Local Rule 16.1(e). **The Court will <u>not</u> allow Unilateral Pretrial Stipulations.**

8. In cases tried before a jury, each party shall file a copy of the proposed voir dire questions on or before the date set forth below. In addition, the parties shall file jury instructions and verdict forms on or before the date set forth below. In order to file jury instructions and verdict forms, the parties must do the following:

> (1) They shall meet to confer on the preparation of Joint Jury Instructions and a Joint Verdict Form. From their conference, the parties shall timely file a set of Proposed Joint Jury Instructions and a Proposed Joint Verdict Form; and
>
> (2) To the extent that the parties cannot agree on certain instructions or certain portions of the verdict form, they may file their own set of Proposed Jury Instructions or a Proposed Verdict Form.

All proposed <u>joint</u> and <u>separate</u> jury instructions and <u>joint</u> and <u>separate</u> verdict forms must be filed with the Court on or before the date set forth below.

Each jury instruction shall be typed on a separate sheet and shall be drafted from the U.S. Eleventh Circuit <u>Pattern Jury Instructions - Civil Cases</u> (West) or Devitt, Blackmar's <u>Federal Jury Practice and Instructions - Civil</u> (West).

**Failure to timely file jury instructions and verdict forms as directed above shall be grounds for sanctions, including dismissal.**

9. In cases tried before the Court, each party shall file Proposed Findings of Fact and Conclusions of Law on or before the date set forth below.

In order to file Proposed Findings of Fact and Conclusions of Law, the parties must do the following:

> (1) They shall meet to confer on the preparation of Joint Proposed Findings of Fact and Conclusions of Law. From their conference, the parties shall timely file a set of Proposed Joint Findings of Fact and Conclusions of Law; and
>
> (2) To the extent that the parties cannot agree on certain Findings of Fact and Conclusions of Law, they may file their own set of proposed Findings of Fact and Conclusions of Law.

All proposed <u>joint</u> and <u>separate</u> Findings of Fact and Conclusions of Law must be filed with the Court on or before the date set forth below.

Proposed Conclusions of Law shall be supported by citations of authority.

**Failure to timely file Findings of Fact and Conclusions of Law as directed above shall be grounds for sanctions, including dismissal.**

10. Each counsel shall provide the Court with a copy of the following motions and responses in Word format: (1) dispositive motions; (2) proposed jury instructions and verdict forms; (3)

proposed findings of fact and conclusions of law; and (4) proposed substantive orders. The motions and responses shall be forwarded **SEPARATELY** to this Division's NEF (Notice of Electronic Filing) Account. The e-mail subject line and the name of the attachment should include the case number, reference the docket entry number, followed by a short description of the attachment (e.g., xx-cv-xxxxx Order on ECF #_____) to graham@flsd.uscourts.gov.

11. A Motion for Continuance shall not stay the requirement for the filing of a Joint Pretrial Stipulation and, unless an emergency situation arises, a Motion for Continuance will not be considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is scheduled to commence. The pretrial conference and trial will not be continued except upon a showing of exceptional need.

12. All Notices of Conflict shall include a statement detailing the dates the cases were scheduled for trial. Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set, has priority over the service of the attorney so scheduled for the date set. See Krasnow v. Navarro, 909 F.2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or

federal court, that in any way conflicts with this trial scheduled setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict free for this case.

13. All motions for extensions of time shall be accompanied by a proposed order. Proposed Order/s shall be forwarded **SEPARATELY** to this Division's NEF (Notice of Electronic Filing) Account. The e-mail subject line and the name of the attachment should include the case number, followed by a short description of the attachment (e.g., xx-cv-xxxxx Order on ECF #_____) to graham@flsd.uscourts.gov.

14. Counsel are reminded to comply with Local Rule 7.1(a)(3) and CM/ECF Administrative Procedures. **Counsel shall indicate with specificity the manner in which reasonable efforts were initiated (via facsimile, e-mail or voice-mail), the dates of such efforts, and the number of times an inquiry and follow up on the response to the inquiry was sought.**

15. **A PENDING MOTION TO DISMISS SHALL NOT STAY DISCOVERY UNLESS THE COURT GRANTS A STAY OF RELIEF.**

16. Non-compliance with any provision of this Order may subject the offending party to sanctions or dismissal. It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

17. <u>Use of Depositions as Substantive Evidence</u>. If a deposition is to be used as <u>substantive evidence</u>, the party wishing

to do so must designate by line and page reference those portions in writing.  The designations must be served on opposing counsel at least 10 days prior to the pretrial conference.  The adverse party shall serve and file, within three days thereafter, his objections, if any, to the designations, including "... other parts that in fairness should be considered with the part introduced..."  See Fed R. Civ. P. 32(a)(6).

19. All exhibits must be pre-marked.  The Plaintiff shall mark its exhibits numerically with the letter "**P**" as a prefix. Defendant shall mark its exhibits numerically with the letter "**D**" as a prefix.  A typewritten exhibit list setting forth the number, or letter, and description of each exhibit must be submitted at the time of trial.  The exhibit list must be set forth in the form of the Exhibit List found on this Court's website at www.flsd.uscourts.gov, Forms Tab, National Forms AO-187 (Exhibit and Witness list) and AO-187A (Exhibit and Witness List - Continuation).  **COUNSEL ARE DIRECTED TO ENSURE THAT A HEADER APPEARS ON EACH SUBSEQUENT PAGE OF THE EXHIBIT AND WITNESS LIST - CONTINUATION (AO-187A) REFERENCING THE COLUMNS FOR PLTF NO., DEF NO., DATE OFFERED, MARKED, ADMITTED AND DESCRIPTION OF EXHIBITS AND WITNESSES.**

19. The following timetable shall govern the pretrial procedure in this case.  This schedule shall not be modified absent compelling circumstances.

| | |
|---|---|
| January 29, 2021 | Deadline for Amended Pleadings and Deadline to effectuate service on joined parties. |
| March 26, 2021 | Deadline to exchange expert witness information pursuant to FRCP 26(a)(2).  Only those expert witnesses who have been properly identified and who have exchanged information in compliance with FRCP 26(a)(2) shall be permitted to testify. |
| April 9, 2021 | Deadline to exchange rebuttal expert witness information pursuant to FRCP 26(a)(2).  Only those rebuttal expert witnesses who have been properly identified and who have exchanged information in compliance with FRCP 26(a)(2) shall be permitted to testify. |
| May 7, 2021 | All discovery must be completed. |
| May 14, 2021 | All Pretrial Motions, Memoranda of Law, Motions to Strike Expert Testimony/*Daubert* Motions must be filed. |
| May 28, 2021 | Deadline for all responses to motions (including responses to motions for summary judgment). |
| June 4, 2021 | Deadline for all replies to motions (including replies to motions for summary judgment). |
| June 11, 2021 | Joint Pretrial Stipulation must be filed. |
| June 25, 2021 | Deadline for pretrial Motions in Limine. |
| July 2, 2021 | Deadline for oppositions to Motions in Limine. |

|  |  |
|---|---|
| July 9, 2021 | Jury Instructions and Verdict Forms or Proposed Findings of Fact and Conclusions of Law and Proposed voir dire questions. |

20.  If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5130 and to submit an appropriate Order for Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1).  Such Order must be filed within fourteen (14) days of notification of settlement to the Court.

**DONE AND ORDERED** at Miami, Florida, this 17th day of December, 2020.

/s/ Donald L. Graham

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record