**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 20-24239-CIV-GRAHAM/MCALILEY

BARBARA ALVAREZ FUENTES,

    Plaintiff,

vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    Defendant.
_____/

## ORDER OF REFERENCE OF MOTIONS

    PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the following motions in the above-captioned cause are hereby referred to United States Magistrate Judge **McAliley** to take all necessary and proper action as required by law:

    1.   Motions for Costs;

    2.   Motions for Attorney's Fees; and

    3.   Motions for Sanctions.

    **DONE AND ORDERED** at Miami, Florida, this 17th day of December, 2020.

                                             /s/ Donald L. Graham
                                             DONALD L. GRAHAM
                                             UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge McAliley
      All Counsel of Record