UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No.  1:20-cv-24239-DLG**

BARBARA ALVEREZ FUENTES,

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

**JOINT NOTICE OF AVAILABILITY FOR SETTLEMENT CONFERENCE
 PURSUANT TO DE [16 ]**

Pursuant to Court's Order (DE 16), undersigned counsel file this Joint Notice of Availability for Settlement Conference. The Magistrate is unavailable for the week of January 25, 2021. As such, the Parties are only able to establish two dates of availability to accommodate their schedules prior to the Court's deadline of February 1, 2021 (DE 15). The parties are available for the following dates for a settlement conference in this matter:

    January 20, 2021

    January 21, 2021

Dated this 28th day of December, 2020

| | |
|---|---|
| /s/ Jose M. Francisco_____ | /s/ Ernest H. Kohlmyer, III |
| Jose M. Francisco, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 0892874 | Florida Bar No. 110108 |
| josefrancisco@jmflawyers.com | Skohlmyer@shepardfirm.com |
| litigationsec1@jmflawyers.com | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Jose M. Francisco, P.A. | 2300 Maitland Center Parkway, Suite 100 |
| 8660 Flagler Street, Suite 100 | Maitland, Florida 32751 |
| Miami, FL 33144 | Telephone (407) 622-1772 |
| Telephone: (305) 649-2213; Ext.1007 | Facsimile (407) 622-1884 |
| *Attorney for Plaintiff* | *Attorneys for Defendant , Healthcare Revenue Recovery Group, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **December 28th, 2020**, via the Clerk of Court's CM/ECF system.  I further certify that the foregoing has been sent via electronic transmission to the following: Jose M. Francisco, Esquire at josefrancisco@jmflawyers.com and litigationsec1@jmflawyers.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No. 110108
SKohlmyer@shepardfirm.com
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*