```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                   Case No. 20-24239-CIV-GRAHAM
```

BARBARA ALVEREZ FUENTES,

    Plaintiff,

vs.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/



## NOTICE OF COURT PRACTICE UPON
## NOTICE OF SETTLEMENT AND ORDER CLOSING CASE

**THIS CAUSE** comes before the Court on the Parties' Joint Notice of Settlement. (Ecf No. 25). Based thereon,

**THE PARTIES** are hereby notified that, within forty-five (45) days of the date of this Order, they must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action.  It is further

**ORDERED AND ADJUDGED** that this action is **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of February, 2021.

                                           s/ Donald L. Graham
                                           DONALD L. GRAHAM
                                           UNITED STATES DISTRICT JUDGE